

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0050-12

### EX PARTE JESSICA TATA

### ON DISCRETIONARY REVIEW
### FROM THE FIRST COURT OF APPEALS
### HARRIS COUNTY

*Per curiam. Meyers, J., not participating.*

The petition for discretionary review is dismissed as improvidently granted.

Delivered December 5, 2012.
Do not publish.